# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FELIX BLAS, SHELLY BLAS, AND VITALINA BAUTISTA | Civil No. 09-1588 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| METRO GANG TASK FORCE, DAVID GARMAN, JANE DOE, RICHARD ROE, CHRIS OMODT, AND CITY OF MINNEAPOLIS, | |
| Defendants, | |

Bruce Nestor, **DE LEON & NESTOR, LLC**, 3547 Cedar Avenue South, Minneapolis, MN 55407, for plaintiffs.

Joseph Flynn and Leonard Schweich, **JARDINE LOGAN & O'BRIEND, PLLP**, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55402, for defendants.

This matter is before the Court on the stipulation filed on March 23, 2010 [Docket No. 20].

**IT IS HEREBY ORDERED** that **DISMISSAL WITH PREJUDICE** of Defendants David Garman and Chris Omodt, individually, personally, and in their official capacity as law enforcement officers for the City of Minneapolis and Hennepin County, respectively, and in their capacities as officers with the Metro Gang Task Force, be entered in accordance with the foregoing Stipulation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  March 24, 2010                              s/ John R. Tunheim
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                    United States District Judge