# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| FELIX BLAS, SHELLY BLAS, AND VITALINA BAUTISTA, | Civil No. 09-1588 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL** |
| METRO GANG TASK FORCE, et al., | |
| Defendants. | |

___

Bruce Nestor, **DE LEON & NESTOR, LLC**, 3547 Cedar Avenue South, Minneapolis, MN 55407, for plaintiffs.

Joseph Flynn and Leonard Schweich, **JARDINE LOGAN & O'BRIEND, PLLP**, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55402, for defendants.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on April 1, 2010 [Docket No. 23].

**IT IS HEREBY ORDERED** that dismissal with prejudice be entered in accordance with the foregoing Stipulation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 5, 2010
at Minneapolis, Minnesota.

                                                               s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                   United States District Judge